Andrew STEWART, Plaintiff–Appellant,

v.

COMMISSIONER OF SOCIAL SECURITY, Defendant–Appellee.

No. 10–1069.

United States Court of Appeals, Fourth Circuit.

Submitted: July 23, 2010.

Decided: Aug. 19, 2010.

Andrew Stewart, Appellant Pro Se. Kristi Denney, Social Security Administration, Denver, Colorado; Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Stewart appeals the judgment entered by the district court affirming the Commissioner's decision to deny a period

of disability, disability insurance benefits, and supplemental social security income.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See Stewart v. Astrue,* No. 9:08–cv–03600–BM (D.S.C. Jan. 6, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to the exercise of the district court's jurisdiction by a magistrate judge, as permitted by 28 U.S.C. § 636(c) (2006).